**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| **PYJAI SAKATU YMPOKA,**<br><br>**Petitioner,**<br><br>**v.**<br><br>**DANA GRANT, Warden, Golden Grove Adult Correctional Facility[1]; GORDON RHEA, Attorney General of the Virgin Islands; and, VIRGIN ISLANDS DEPARTMENT OF JUSTICE,**<br><br>**Respondents.** | **Case No. 1:25-cv-0040** |

**ORDER**

**BEFORE THE COURT** is Magistrate Judge Emile A. Henderson III's Report and Recommendation (Dkt. No. 11), filed on April 6, 2026. The Report and Recommendation recommends that Petitioner's Emergency Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 be dismissed without prejudice and that a certificate of appealability should not be issued. *Id.* at 8. The Court, having conducted a de novo review of the record and having made an independent determination finding no error, will adopt the R&R.[2] Accordingly, it is hereby

**ORDERED** that Magistrate Judge Henderson's Report and Recommendation, Dkt. No. 11, is **APPROVED** and **ADOPTED** as an Order of this Court as if fully set forth herein; it is further

**ORDERED** that Petitioner's Emergency Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241, Dkt. No. 1, is **DISMISSED WITHOUT PREJUDICE**; it is further

**ORDERED** that the Court declines to issue a certificate of appealability; it is further

---

[1] The correct, current name of the institution is John A. Bell Adult Correctional Facility.

[2] *See Hill v. Barnacle*, 655 F. App'x 142, 148 (3d Cir. 2016) (opining that the district court is not required to make separate findings or conclusions when reviewing a Magistrate Judge's report and recommendation de novo under 28 U.SC. § 636(b)) (citing *Elmendorf Grafica, Inc. v. D.S. America, Inc.*, 48 F.3d 46, 49-50 (1st Cir. 1995) (opining that "[28 U.S.C. § 636(b)] authorizes the district court to adopt in whole as well as in part the proposed findings and recommendations of the magistrate judge. Where, as here, the magistrate judge decided on an undisputed factual record, the district court was certainly not required to rehash the magistrate judge's reasoning. The role of the magistrate judge is 'to relieve courts of unnecessary work.'") (citations omitted).

**ORDERED** that the Clerk of Court **SHALL** send a copy of this Order to Petitioner at his last known address by certified mail, return receipt requested and **SHALL** file a copy of the return receipt on the docket; and it is further

**ORDERED** that the Clerk of Court is directed to **CLOSE** this case.

**Dated**: November 17, 2026

*/s/ Robert A. Molloy*
**ROBERT A. MOLLOY**
**Chief Judge**